UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE PULLEY, | ) | No. CV 16-5010 JAK (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| DAVID LONG, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: <u>March 17, 2017</u>

JOHN A. KRONSTADT
United States District Judge